<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

**No. 01-6318**

---

ANTHONY M. BROWN,

Plaintiff - Appellant,

versus

BLUE RIDGE REGIONAL JAIL AUTHORITY-HCADF;
T. E. FEARS, Officer,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-01-10-7)

---

Submitted: May 17, 2001          Decided: May 29, 2001

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Anthony M. Brown, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony M. Brown appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Brown v. Blue Ridge Reg'l Jail, No. CA-01-10-7 (W.D. Va. Jan. 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED